### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARITA HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. CIV-25-522-SLP |
| ) | |
| STATE OF OKLAHOMA, ex rel., ) | (District Court of Oklahoma |
| THE OKLAHOMA MEDICAL ) | County, Case No. CJ-2025-2268) |
| MARIJUANA AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT OF DISMISSAL

Pursuant to the Court's Order [Doc. No. 9] filed this same date, a judgment of dismissal is entered in favor of Defendant on Plaintiff's federal claims. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim and remands that claim to the District Court of Oklahoma County, State of Oklahoma.

ENTERED this 3rd day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE